UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>POLAR AIR CARGO and POLAR AIR CARGO WORLD WIDE,<br><br>　　　　Defendants - Appellees. | No. 11-17577<br><br>D.C. No. 3:10-cv-01927-BZ<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered May 08, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Lee-Ann Collins
　　　　　　　　　　　　　　　　　Deputy Clerk